750 A.2d 822

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Frank John SHROYER, Petitioner.**

Supreme Court of Pennsylvania.

April 28, 2000.

## *ORDER*

PER CURIAM:

**AND NOW**, this 28 th day of April, 2000, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is hereby **REVERSED**. The case is remanded to the Court of Common Pleas of Huntingdon County for consideration of the Post Conviction Relief Act petition on its merits.